## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND OBERT, INC., | § § § § | |
| | § | **Case No. 6:20-cv-00018-ADA** |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| CH LIGHTING TECHNOLOGY CO., LTD., ELLIOTT ELECTRIC SUPPLY INC. AND SHAOXING RUISING LIGHTING CO., LTD., | § § § § § | |
| Defendants. | | |

## ORDER DENYING DFENDANTS'
## MOTION TO STRIKE FINAL INFRINGMENT CONTENTIONS

Before the Court is Defendants CH Lighting Technology Co., Ltd., Elliott Electric

Supply Inc. and Shaoxing Ruising Lighting Co., Ltd.'s Motion to Strike Final Infringement

Contentions. After consideration of the same, the Court is of the opinion that the Motion should

be and is hereby **DENIED.**


THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE