IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND OBERT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CH LIGHTING TECHNOLOGY CO., LTD., ELLIOTT ELECTRIC SUPPLY INC. AND SHAOXING RUISING LIGHTING CO., LTD., <br><br> Defendants. | § § § § § § § § § § § § § <br><br> Case No. 6:20-cv-00018-ADA <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING DFENDANTS' MOTION FOR LEAVE TO AMEND FINAL INVALIDITY CONTENTIONS

Before the Court is Defendants CH Lighting Technology Co., Ltd., Elliott Electric Supply Inc. and Shaoxing Ruising Lighting Co., Ltd.'s Motion to for Leave to Amend Final Invalidity Contentions. After consideration of the same, the Court is of the opinion that the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Defendants have leave to serve the proposed Supplemental Invalidity Contentions.

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE