**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND OBERT, INC., Plaintiff, | ) ) ) ) | |
| v. | ) ) | CASE NO.:  6:20-cv-00018-ADA |
| CH LIGHTING TECHNOLOGY CO., LTD., ELLIOTT ELECTRIC SUPPLY INC., AND SHAOXING RUISING LIGHTING CO., LTD., Defendants. | ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |

## JOINT MOTION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES

Plaintiffs Jiaxing Super Lighting Electric Appliance Co., Ltd. and Obert, Inc. ("Super Lighting") and Defendants CH Lighting Technology Co., Ltd. and Shaoxing Ruising Lighting Co., Ltd. ("CH Lighting") and Elliott Electric Supply Inc. ("Elliott") (collectively, the "Parties," and individually, a "Party"), by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree that the following deadlines set forth in the Scheduling Order (Dkt. No. 29) and their proposed Joint Motion and Proposed Order for Extension of Deadlines (Dkt. No. 119) shall be extended as set forth in the table below.  All other case deadlines in the Scheduling Order shall remain unchanged.

WHEREAS, the Court permitted an extension of the close of fact discovery until June 7, 2021 during the hearing held on April 28, 2021;

WHEREAS, an expert witness of Defendants has a serious medical emergency, forcing him to withdraw from the case;

-1-

WHEREAS, the Parties agree to extend the deadline for opening expert reports by one week to June 21, 2021, and the deadline for rebuttal expert reports by one week to July 19, 2021;

WHEREAS, the Parties' agreed extensions will not alter the Court's trial setting for October 21, 2021;

NOW, THEREFORE, SUBJECT TO APPROVAL BY THE COURT, IT IS HEREBY STIPULATED AND AGREED that the scheduling order in this case shall be modified to set the following case deadlines:

| Event | Current Dates in Dkt. # 119[1] | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | June 7, 2021 | No change; June 7, 2021 |
| Opening Expert Reports | June 14, 2021 | June 21, 2021 |
| Rebuttal Expert Reports | July 12, 2021 | July 19, 2021 |
| Close of Expert Discovery | July 26, 2021 | No change; July 26, 2021 |
| Daubert/Motions for Summary Judgment | August 6, 2021 | No change; August 6, 2021 |

IT IS FURTHER STIPULATED AND AGREED that all other case deadlines shall remain as previously ordered by the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Signed this ___ day of _____, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] On May 22nd, Mr. Robert Earle from Judge Albright's chambers confirmed the Court would be granting the motion set forth in Docket No. 119.

Dated:  June 8, 2021

Respectfully Submitted,

/s/  *Robert S. Hill*
Robert S. Hill (Lead counsel)
Texas Bar No. 24050764
Email: robert.hill@hklaw.com
Sara Schretenthaler Staha
Texas Bar No. 24088368
HOLLAND & KNIGHT LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201
Telephone: (214) 964-9500
Facsimile: (214) 964-9501

Allison M. Lucier (*Pro Hac Vice*)
Massachusetts Bar No. 569193
Email: allison.lucier@hklaw.com
10 Saint James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Stacey H. Wang *(Pro Hac Vice)*
California Bar No. 245195
Email: stacey.wang@hklaw.com
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 896-2400

Leonie Huang (*Pro Hac Vice*)
New York Bar No. 5128442
Email: leonie.huang@hklaw.com
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3398
Facsimile: (212) 385-9010

*Attorneys for Defendants CH LIGHTING*
*TECHNOLOGY, CO., LTD., ELLIOTT*
*ELECTRIC SUPPLY INC., AND SHAOXING*
*RUISING LIGHTING CO., LTD.*

By: /s/ Abigail A. Gardner
Matthew C. Bernstein
California State Bar No. 199240
MBernstein@perkinscoie.com
Evan S. Day (Pro Hac Vice)
EDay@perkinscoie.com
Miguel J. Bombach (Pro Hac Vice)
MBombach@perkinscoie.com
Ruchika Verma (Pro Hac Vice)
RVerma@perkinscoie.com
Abigail A. Gardner
California State Bar No. 334598
AGardner@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Skyler M. Howton
Texas Bar No. 24077907
SHowton@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 259-4951
Facsimile: (214) 965-7752

*Attorneys for Plaintiff JIAXING SUPER*
*LIGHTING ELECTRIC APPLIANCE CO., LTD.*
*AND OBERT, INC.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document has been served on June 8, 2021, via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

By: /s/ *Robert S. Hill*
Robert S. Hill