# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND OBERT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CH LIGHTING TECHNOLOGY CO., LTD., ELLIOTT ELECTRIC SUPPLY INC., AND SHAOXING RUISING LIGHTING CO., LTD., <br><br> Defendants. | ) ) ) ) ) ) CASE NO.: 6:20-cv-00018-ADA ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) |

## ORDER FOR EXTENSION OF DEADLINES

Plaintiffs Jiaxing Super Lighting Electric Appliance Co., Ltd. and Obert, Inc. ("Super Lighting") and Defendants CH Lighting Technology Co., Ltd. and Shaoxing Ruising Lighting Co., Ltd. ("CH Lighting") and Elliott Electric Supply Inc. ("Elliott") (collectively, the "Parties," and individually, a "Party"), by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree that the following deadlines set forth in the Scheduling Order (Dkt. No. 29) and their proposed Joint Motions and Proposed Order for Extension of Deadlines (Dkt. Nos. 119 and 132) shall be extended as set forth in the table below. All other case deadlines shall remain unchanged.

WHEREAS, the parties agree extend the deadline to complete expert discovery to and through August 6, 2021 in order to complete expert depositions; and

WHEREAS, the Parties agree to extend the Daubert and Motion for Summary Judgement deadline by three days from August 6, 2021 to August 9, 2021;

WHEREAS, the Parties' agreed extensions will not alter the Court's trial setting for October 21, 2021;

NOW, THEREFORE, SUBJECT TO APPROVAL BY THE COURT, IT IS HEREBY STIPULATED AND AGREED that the scheduling order in this case shall be modified to set the following case deadlines:

| Event | Current Date | New Date |
| --- | --- | --- |
| Rebuttal Expert Reports | July 19, 2021 | No change |
| Close of Expert Discovery | July 26, 2021 | August 6, 2021 |
| Daubert/Motions for Summary Judgment | August 6, 2021 | August 9, 2021 |

IT IS FURTHER STIPULATED AND AGREED that all other case deadlines shall remain as previously ordered by the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  August 13, 2021			BY THE COURT:

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE