**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND OBERT, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO.:  6:20-cv-00018-ADA |
| | ) | **JURY TRIAL DEMANDED** |
| CH LIGHTING TECHNOLOGY CO., LTD., ELLIOTT ELECTRIC SUPPLY INC., AND SHAOXING RUISING LIGHTING CO., LTD., | ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO DENY AS MOOT
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY OF THE '700 PATENT**

Plaintiffs Jiaxing Super Lighting Electric Appliance Co., Ltd. and Obert, Inc. ("Super Lighting") and Defendants CH Lighting Technology Co., Ltd. and Shaoxing Ruising Lighting Co., Ltd. ("CH Lighting") and Elliott Electric Supply Inc. ("Elliott"), by and through their undersigned counsel, request that the Court deny as moot Defendants' Motion for Summary Judgment of Invalidity of the '700 Patent (Dkt 139).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  August 26, 2021

Respectfully Submitted,

By: /s/ *Robert S. Hill*
Robert S. Hill (Lead counsel)
Texas Bar No. 24050764
Email: robert.hill@hklaw.com
Sara Schretenthaler Staha
Texas Bar No. 24088368
HOLLAND & KNIGHT LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201
Telephone: (214) 964-9500
Facsimile: (214) 964-9501

Leonie Huang (*Pro Hac Vice*)
New York Bar No. 5128442
Email: leonie.huang@hklaw.com
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3398
Facsimile: (212) 385-9010

*Attorneys for Defendants CH LIGHTING
TECHNOLOGY, CO., LTD., ELLIOTT
ELECTRIC SUPPLY INC., AND SHAOXING
RUISING LIGHTING CO., LTD.*

By: /s/ *Abigail A. Gardner*
Matthew C. Bernstein
California State Bar No. 199240
MBernstein@perkinscoie.com
Evan S. Day (Pro Hac Vice)
EDay@perkinscoie.com
Miguel J. Bombach (Pro Hac Vice)
MBombach@perkinscoie.com
Ruchika Verma (Pro Hac Vice)
RVerma@perkinscoie.com
Abigail A. Gardner
California Bar No. 334598
AGardner@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

*Attorneys for Plaintiffs JIAXING SUPER
LIGHTING ELECTRIC APPLIANCE CO.,
LTD. AND OBERT, INC.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document has been served on August 26, 2021, via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

By:   */s/ Abigail A. Gardner*
      Abigail A. Gardner