IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND OBERT, INC.,** § § § § | |
| Plaintiffs, § | CASE NO. 6:20-cv-00018-ADA |
| § | |
| vs. § | JURY TRIAL DEMANDED |
| § | |
| **CH LIGHTING TECHNOLOGY CO., LTD., ELLIOTT ELECTRIC SUPPLY INC. AND SHAOXING RUISING LIGHTING CO., LTD.,** § § § § § | |
| Defendants. § § | |

## JOINT PROPOSED VOIR DIRE QUESTIONS

Jiaxing Super Lighting Electric Appliance Co., Ltd. and Obert, Inc. ("Plaintiffs") and Defendants CH Lighting Technology Co., Ltd., Shaoxing Ruising Lighting Co., Ltd., and Elliott Electric Supply, Inc. jointly submit the following proposed questions to be asked by the Court during Voir Dire, as well as questions proposed by either party. Questions objected to by the opposing party are italicized.

## QUESTIONS PROPOSED BY BOTH PARTIES

1. Please state your name and what city you currently live in.

    a.   How long have you lived there?

2. What is your current occupation? How long have you been in that occupation?

3. What is your highest level of education? What was your major? (if applicable)

4. If you have a spouse who is currently employed, what do they do for a living? What is their highest level of education?

5. Are you familiar with any of the parties, witnesses, or law firms on the list of

parties, witnesses, and counsel?

    b.    If so, who? How are you familiar with them?

6. After completing the questionnaire, have you done any internet research or read or seen anything in the media about this case or any of the parties, witnesses, or counsel involved in this case?

7. Have you ever served on a jury?

    a.    If so, what was the case about?

8. Do any of you have any training in the law or been employed in a legal field? Any close friends or family members attorneys?

9. Have you ever filed a lawsuit, been sued, or been a witness in a lawsuit, other than a family law case (such as a divorce)?

    a.    If "Yes," please describe the nature of the case and what happened.

10. Has anyone's business or employer been sued relating to something that you were involved in?

    b.    If so, did it involve patent, trademark, or copyright infringement in any way?

11. Have you ever served in a focus group or as a mock juror that was related to patents?

12. Has anyone here ever applied for or been granted a patent, or have a family member or close friend apply for or receive a patent?

13. Who here has any familiarity with how the U.S. patent system works?

14. Who here has any training in an engineering filed?

15. Who here has any experience with the design of electrical devices or systems?

16. Who here has any training or experience in commercial or industrial lighting, or

   construction that includes installing commercial lighting?

17. Who here has ever served in the military?

   a. If so, what was your branch, specialty, and highest rank?

18. Who here has ever worked for a government agency in any other capacity?

## QUESTIONS PROPOSED BY PLAINTIFFS

1. Has anyone either personally, or their business or employer, been accused of taking or improperly using someone else's idea or patent or trademark or anything like that?

2. Who here has any concern about being on a jury in a case involving parties to the case who are located in China, particularly if there are also parties to the case who are from the US?

3. Does anyone here have any strong feelings about or had any negative interactions with Chinese businesses or Chinese nationals?

4. Does anyone have any views coming into today about whether patents are helpful or harmful overall?

5. Does anyone here feel like there is too much litigation or too many lawsuits in this country?

6. Has anyone heard through the media or word of mouth that Waco has become a place where a lot of patent litigation has been happening?

7. Excluding within your family or close friends, has anyone ever had an experience where you felt you or your business were falsely or wrongly accused of something at work or in your business?

8. Does anyone here have any strong feelings about awarding monetary damages in civil lawsuits?

9. How would you rate your level of trust that the government in general, or the USPTO specifically, gets things mostly right?  Use a scale of 1-10 with 10 being a high level of trust and 1 being a low level of trust.

10. You may see some witnesses in this case testify remotely via videoconference because of travel restrictions due to the coronavirus.  Does anyone here think that they would be unwilling to give the testimony of a witness who testify via video the same weight as a witness who they saw in the courtroom?

11. Is anyone here concerned that you would be distracted by concerns regarding the coronavirus pandemic, or current economic conditions caused by the pandemic, to a degree that you would be unable to give your full attention to a complex business case?

## QUESTIONS PROPOSED BY DEFENDANTS

1. Have you ever been employed by a company that uses patents to protect its products from competitors?

2. Do any of you have any attitudes or opinions about the safety of the products at issue in this case, specifically LED tube lighting?

3. Any attitudes or opinions about the quality of LED tube lighting products?

4. How many of you have ever created or invented something original?  Did you protect your invention in any way by applying for a patent, trade secret or a copyright?

5. Has anyone here ever been granted a patent, or have a family member or close friend receive a patent?

    a. Was it for work or personal?

  b. Has someone or a company ever tried to infringe your or your company's patent information?

  c. Was a lawsuit filed?  Please tell us what happened.

6. Have one of your employers, ever been involved in a dispute regarding patent, trademark or copyright infringement?  If yes:

  a. What was the nature of the dispute?

  b. What was your involvement?

  c. What was the outcome?

7. How many of you have ever had an original idea or invention you believe was stolen by someone else? Has anyone close to you ever had their original idea or invention stolen?

8. If you were to rate the level of difficulty for obtaining a U.S. Patent, how many of you believe it is difficult or very difficult to obtain a patent?

9. How many of you believe that it is common for patent holders to not be fairly compensated for their ideas?

10. *How many of you believe it is difficult to mislead the Patent & Trademark Office when evaluating a patent application?*

11. *How many you believe that it is not appropriate for an employee to leave his/her employer and start a competing business?*

12. Have any of you, or have any of your family members or close friends, ever had to file a lawsuit seeking compensation for a financial loss?

13. Given that this dispute is between companies, do any of you have what you would consider negative experiences with large companies or corporations?

*14. Do any of you believe that there is not enough government regulation of companies and corporations?*

15. Both the plaintiff companies and defendant companies are all Chinese companies. Does anyone have any feelings or attitudes about a Chinese company accused of patent infringement?

16. How many would agree that Chinese companies are more likely to infringe a patent than other companies?

*17. The defendants will argue that the patents that they are accused of infringing are invalid. Now that you have watched the video from the court on the subject, does anyone here believe they would have difficulty declaring a patent invalid, even if the defendants prove their case?*

18. How many of you would be reluctant to invalidate a patent knowing the US Patent & Trademark office had already reviewed and granted the patent?

Dated:  September 28, 2021	Respectfully submitted,

**PERKINS COIE LLP**

By: */s/ Matthew C. Bernstein*
Matthew C. Bernstein
MBernstein@perkinscoie.com
California Bar No. 199240
Evan S. Day (*Pro Hac Vice*)
EDay@perkinscoie.com
Miguel J. Bombach (*Pro Hac Vice*)
MBombach@perkinscoie.com
Ruchika Verma (*Pro Hac Vice*)
RVerma@perkinscoie.com
11452 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Chao (Wendy) Wang
WWang@perkinscoie.com (*Pro Hac Vice*)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4315
Facsimile: (650) 838-4350

**ATTORNEYS FOR JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND OBERT, INC.**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via E-Mail, to all counsel of record on September 22, 2021.

By: */s/ Matthew C. Bernstein*
Matthew C. Bernstein
