IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE, CO., LTD. and OBERT, INC.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>CH LIGHTING TECHNOLOGY CO., LTD., ELLIOTT ELECTRIC SUPPLY, INC., and SHAOXING RUISING LIGHTING CO., LTD.,<br>　　　　Defendants. | 6:20-cv-00018-ADA |

## JURY SEQUESTRATION ORDER

In light of the continuing response to the COVID-19 pandemic, it is ORDERED that the jury in this case be sequestered from the time they report to the jury room each day until released by the Court at the end of each day. This partial sequestration will continue until a verdict is reached and the jury is formally discharged by the Court or until further order by the Court.

Pursuant to this order, while the jury is kept together and not allowed to separate, the reasonable cost of meals incurred by the jury during court recesses will be paid by the Clerk of Court in compliance with juror fee regulations issued by the Judicial Conference of the United States.

SIGNED this 27th day of October, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE