FILED
November 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Jennifer Clark___
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND OBERT, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>CH LIGHTING TECHNOLOGY CO., LTD., ELLIOTT ELECTRIC SUPPLY INC. AND SHAOXING RUISING LIGHTING CO., LTD.,<br><br>Defendants. | CASE NO. 6:20-cv-00018-ADA<br><br>JURY TRIAL DEMANDED |

## VERDICT FORM

In answering the following questions, you are to follow all of the instructions I have given you in the Court's Charge. Your answers to each question must be unanimous.

As used herein:

"Super Lighting" refers to *Jiaxing Super Lighting Electric Appliance Co., Ltd. and Obert, Inc.*

"CH Lighting" refers to *CH Lighting Technology Co., Ltd.*

"Ruising" refers to *Shaoxing Ruising Lighting Co., Ltd.*

"Elliott" refers to *Elliott Electric Supply Inc.*

"Defendants" refers collectively to CH Lighting, Ruising, and Elliott.

"The '140 Patent" refers to U.S. Patent No. 9,939,140.

"The '540 Patent" refers to U.S. Patent No. 10,352,540.

"The '125 Patent" refers to U.S. Patent No. 10,295,125.

"The Asserted Patents" refers collectively to the '140 Patent, the '540 Patent, and the '125 Patent.

I. **INFRINGEMENT**

Directions -- Question 1: In answering the Question below, please check **"Yes"** or **"No"** for each patent claim in the space provided.

**Question No. 1:** Has Super Lighting proven by a preponderance of the evidence that all of Defendants' accused products containing the LT2600 integrated circuit infringe the following claims of the '140 patent?

*"Yes" is a finding for **Super Lighting**. "No" is a finding for **CH Lighting**.*

| | | |
|---|---|---|
| '140 Patent, Claim 1: | Yes ✓ | No _____ |
| '140 Patent, Claim 4: | Yes ✓ | No _____ |
| '140 Patent, Claim 5: | Yes ✓ | No _____ |
| '140 Patent, Claim 24: | Yes ✓ | No _____ |
| '140 Patent, Claim 28: | Yes ✓ | No _____ |
| '140 Patent, Claim 31: | Yes ✓ | No _____ |

## II. <u>VALIDITY</u>

Directions -- Question 2: In answering the Question below, please check **"Yes"** or **"No"** for each patent claim in the space provided.

**Question No. 2:** Have Defendants proven by clear and convincing evidence that the Asserted Claims of the Asserted Patents are invalidated by the prior art?

*"Yes" is a finding for* ***CH Lighting***. *"No" is a finding for* ***Super Lighting***.

| Claim | Yes | No |
|---|---|---|
| '540 Patent, Claim 13 | | ✓ |
| '540 Patent, Claim 14 | | ✓ |
| '140 Patent, Claim 1 | | ✓ |
| '140 Patent, Claim 4 | | ✓ |
| '140 Patent, Claim 5 | | ✓ |
| '140 Patent, Claim 24 | | ✓ |
| '140 Patent, Claim 28 | | ✓ |
| '140 Patent, Claim 31 | | ✓ |

### III. <u>DAMAGES</u>

Directions – Answer questions 3 and 4: In answering Questions 3 and 4, please provide a **dollar amount** in the blank spaces.

*You must include some amount of damages for at least the '125 Patent, which has been proven valid and infringed. Do not include damages for the '540 Patent if you determine it is invalid. Do not include damages for the '140 Patent if you determine it is invalid. Do not include damages for the LT2600 chip if you determine it does not infringe the '140 Patent.*

**Question 3:** What is the total amount of past damages you find Super Lighting has proven by a preponderance of the evidence for CH Lighting and Ruising's past infringement?

$ _13,872,872.00_

**Question 4:** What is the total amount of past damages you find Super Lighting has proven by a preponderance of the evidence for Elliott's past infringement?

$ _298,454.00_

-4-

## IV. WILLFUL INFRINGEMENT

Directions -- Questions 5A and 5B: In answering the Questions below, please check **"Yes"** or **"No"** in the space provided.

**Question No. 5A:** Has Super Lighting proven by a preponderance of the evidence that CH Lighting and Ruising's infringement was willful?

*"Yes" is a finding for **Super Lighting**. "No" is a finding for **CH Lighting**.*

| | | |
|---|---|---|
| '125 Patent | Yes ✓ | No _____ |
| '540 Patent | Yes ✓ | No _____ |
| '140 Patent | Yes ✓ | No _____ |

**Question No. 5B:** Has Super Lighting proven by a preponderance of the evidence that Elliott's infringement was willful?

*"Yes" is a finding for **Super Lighting**. "No" is a finding for **Elliott**.*

| | | |
|---|---|---|
| '125 Patent | Yes _____ | No ✓ |
| '540 Patent | Yes _____ | No ✓ |
| '140 Patent | Yes _____ | No ✓ |

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

SIGNED this 4 day of November, 2021.

JURY FOREPERSON