**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND OBERT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CH LIGHTING TECHNOLOGY CO., LTD., ELLIOTT ELECTRIC SUPPLY INC., AND SHAOXING RUISING LIGHTING CO., LTD., <br><br> Defendants. | CASE NO. 6:20-CV-00018-CRW |

**ORDER GRANTING JOINT MOTION
FOR ENTRY OF SCHEDULING ORDER**

The Court having considered the Joint Motion for Entry of Agreed Amended Scheduling

Order, hereby **ORDERS** that the motion is **GRANTED** as follows:

| Event | Date |
|---|---|
| Defendants' rebuttal report(s) on damages Plaintiffs' rebuttal report(s) on NIAs | May 8, 2026 |
| Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates | May 14, 2026 |
| Serve Pretrial Disclosures | May 22, 2026 |
| Deadline to complete expert depositions | May 29, 2026 |
| *Daubert* motions | June 5, 2026 |
| Serve objections to pretrial disclosures | June 5, 2026 |
| Motions *in limine* | June 11, 2026 |
| Serve objections to rebuttal disclosures | June 11, 2026 |
| File Joint Pretrial Order | June 18, 2026 |
| Oppositions to *Daubert* motions | June 19, 2026 |
| Responses to motions *in limine* | June 25, 2026 |
| File Notice of Request for Daily Transcript | June 25, 2026 |
| Replies to *Daubert* motions | June 26, 2026 |
| Deadline to meet and confer regarding remaining objections and disputes on motions in limine | July 2, 2026 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine | July 6, 2026 |

-1-

-2-

| Final Pre-Trial Conference | July 9, 2026 or at the Court's convenience |
| Jury Selection | July 23, 2026 or at the Court's convenience |
| Trial | July 27, 2026 or at the Court's convenience |

**IT IS SO ORDERED** this 12th day of May, 2026.

HONORABLE CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE