ORIGINAL

**FILED**

July 29, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
          Jennifer Clark
                DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

JIAXING SUPER LIGHTING ELECTRIC
APPLIANCE CO., LTD. AND OBERT,
INC.,

          Plaintiffs,

vs.

CH LIGHTING TECHNOLOGY CO.,
LTD., ELLIOTT ELECTRIC SUPPLY
INC. AND SHAOXING RUISING
LIGHTING CO., LTD.,

          Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CASE NO. 6:20-cv-00018-CRW

## VERDICT FORM

In answering the following questions, you are to follow all of the instructions I have given you in the Court's Charge. Your answers to each question must be unanimous.

As used herein:

"Super Lighting" refers to *Jiaxing Super Lighting Electric Appliance Co., Ltd.* and *Obert, Inc.*

"CH Lighting" refers to *CH Lighting Technology Co., Ltd.*

"Ruising" refers to *Shaoxing Ruising Lighting Co., Ltd.*

"Elliott" refers to *Elliott Electric Supply Inc.*

"Defendants" refers collectively to CH Lighting, Ruising, and Elliott.

"The '140 Patent" refers to U.S. Patent No. 9,939,140.

## I.    DAMAGES

Directions – Answer questions 1 and 2:  In answering Questions 1 and 2, please provide a **dollar amount** in the blank spaces.

*You must include some amount of damages for the '140 Patent.*

**Question 1:**  What is the total amount of past damages you find Super Lighting has proven by a preponderance of the evidence for CH Lighting and Ruising's past infringement?

$ *1,465,145.60*

**Question 2:**  What is the total amount of past damages you find Super Lighting has proven by a preponderance of the evidence for Elliott's past infringement?

$ *27,369.64*

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

SIGNED this 29 day of July, 2026.

JURY FOREPERSON